UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TARRUS HAKEEM KELLY,
    Plaintiff,

vs.                                  Case No.:  3:25cv543/LAC/ZCB

CENTURION OF FLORIDA, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 14, 2025.  (Doc. 12).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 12) is adopted and incorporated by reference in this order.

1

2. Plaintiff's Eighth Amendment deliberate indifference claims against Defendants is **DISMISSED** for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court must enter judgment in accordance with this order and close this case.

**DONE AND ORDERED** this 31st day of July, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**